# United States District Court

Judicial _____ DISTRICT OF New Mexico

UNITED STATES OF AMERICA
V.

Edward GLEASON
DOB: 08/07/1969  SSN: 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
and
Patrick HEALY
DOB: 06/16/1968  SSN: 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
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 00-5358m

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 13, 2000 in Otero county, in the Judicial District of New Mexico defendant(s) did, (Track Statutory Language of Offense)

Knowingly and intentionally manufacture, distribute, dispense, and possess with intent to manufacture, distribute and dispense a controlled substance, to wit, methamphetamine, a Schedule 2 Controlled Substance over 50 grams.

in violation of Title 21 United States Code, Section(s) 841 & 846 (Conspiracy to manufacture)

I further state that I am a(n) DEA Task Force Officer and that this complaint is based on the following
Official Title

facts:

(See Attached Continuation Sheet)

Continued on the attached sheet and made a part    ☒ Yes   ☐ No

Mark Payne TFO Julio Lempke
Signature of Complainant

Sworn to before me, and subscribed in my presence,

December 14, 2000                      at Las Cruces, New Mexico
Date                                       City and State

U.S. Magistrate Judge
Name and Title of Judicial Officer         Signature of Judicial Officer

On December 13, 2000, New Mexico State Police obtained an Otero County district search warrant for the residence located at 1301 Incredible Drive, Alamogordo, NM (the home of Edward GLEASON). In the affidavit for this warrant, the Affiant, New Mexico State Police Officer received information from a confidential source (hereafter referred to as the CS) that the CS had observed GLEASON manufacture methamphetamine over 20 times in a two month period. Additionally, the CS purchased a small amount of methamphetamine and while at GLEASON'S home located at 1301 Incredible drive, Alamogordo, NM, observed chemicals and glassware used to manufacture methamphetamine.

On December 13, 2000, Agents of the Drug Enforcement Administration clandestine laboratory enforcement team entered the residence at 1301 Incredible Drive, Alamogordo, NM and executed the search warrant.

Located inside the residence at the time of entry were miscellaneous glassware, tubing and chemicals associated with the manufacture of methamphetamine, and three grams of methamphetamine. JL

At the time of the search warrant Patrick HEALY was encountered in the driveway of 1301 Incredible Drive. During a subsequent search of HEALY approximately three grams of methamphetamine was discovered on his person. HEALY was advised of his rights by Task Force Agent Lempke, and he refused to make a statement.

GLEASON was advised of his rights by Task Force Agent Lempke and GLEASON provided a written statement saying in part but not verbatim:

GLEASON claimed he learned to manufacture methamphetamine from Patrick HEALY. GLEASON admitted manufacturing methamphetamine several times with HEALY at 1301 Incredible Drive, Alamogordo, NM. GLEASON claimed he manufactured methamphetamine since August 2000 and that he manufactured methamphetamine 2 times a week, making approximately 5-7 grams each time. GLEASON admitted distributing approximately half of the methamphetamine he manufactures.

_____
Mark Payne, S/A, DEA
TFO John Lempke

Karen Brody